IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Petition of Frescati Shipping Company, Ltd., as Owner of the M/T ATHOS I and Tsakos Shipping & Trading, S.A., as Manager of the ATHOS I for Exoneration from or Limitation of Liability | : : : : : : : | CIVIL ACTION<br><br><br><br><br><br>NO. 05-305 |
| United States of America<br><br>v.<br><br>Citgo Asphalt Refining Company, Citgo Petroleum Corporation, and Citgo East Coast Oil Corporation | : : : : : : : | CIVIL ACTION<br><br><br><br><br><br>NO. 08-2898 |

**O R D E R**

AND NOW, this 9th day of August 2010, upon consideration of the Frescati Plaintiffs' Motion for Leave of Court to Take Videotaped Trial Testimony of Oscar Castillo in Lieu of Live Testimony at Trial (Document No. 386 in Civil Action No. 05-305; Document No. 118 in Civil Action No. 08-2898) and the response thereto, it is ORDERED:

That the Motion is GRANTED. If the Frescati Plaintiffs wish to present the videotape testimony of Oscar Castillo at trial, they may do so, and the trial deposition may proceed in Houston, Texas, at a time convenient to all parties, provided that the Frescati Plaintiffs shall reimburse CARCO's counsel for the actual expense of attending the deposition (travel, lodging and meals).

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.