IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PETITION OF FRESCATI SHIPPING COMPANY, LTD., as Owner of the M/T ATHOS I and TSAKOS SHIPPING & TRADING, S.A., as Manager of the ATHOS I for Exoneration from or Limitation of Liability | : : : : : : : | CIVIL ACTION<br><br><br><br><br>NO. 05-cv-00305-JF |

**JUDGMENT ORDER**

AND NOW, this 12th day of April 2011, IT IS ORDERED:

That Judgment is entered IN FAVOR OF Citgo Asphalt Refining Company, Citgo Petroleum Corporation, and Citgo East Coast Oil Corporation and AGAINST Frescati Shipping Company, Ltd., as owner of the *M/T ATHOS I* and Tsakos Shipping & Trading, S.A., as manager of the *ATHOS I.*

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,   Sr. J.