## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PETITION OF FRESCATI SHIPPING COMPANY, LTD., as Owner of the M/T ATHOS I, and TSAKOS SHIPPING & TRADING, S.A., as managers of the ATHOS I, for Exoneration from or Limitation of Liability | Civil Action No. 05-305 <br><br> **FILED** <br><br> JUL 07 2014 <br><br> (THE HONORABLE JOEL H. SLOMSKY) <br><br> MICHAEL E. KUNZ, Clerk <br> By_____ Dep. Clerk |
| UNITED STATES OF AMERICA, <br>                          Plaintiff, <br>     v. <br> CITGO ASPHALT REFINING COMPANY, <br> CITGO PETROLEUM CORPORATION, and <br> CITGO EAST COAST OIL CORPORATION, <br>                          Defendants. | Civil Action No. 08-2898 <br><br> (THE HONORABLE JOEL H. SLOMSKY) <br><br> THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED |

### SCHEDULING ORDER

**AND NOW,** on this 7th day of July, 2014, following a status conference held in open court on July 2, 2014, **IT IS HEREBY ORDERED** as follows:

1.      By **August 15, 2014**, the parties shall file with the Court briefs on the legal issues pertaining to damages claimed by the plaintiffs and may identify in the briefs portions of the existing record. These briefs are being requested by the Court only as a tool to assist the Court in familiarizing itself with the existing record and will not be used by the Court in any other manner.

2.      A status conference will be held on **September 15, 2014 at 1:00 p.m.** Any attorney may choose to participate by telephone.

3.      Any motion by a party to introduce new evidence, witnesses or expert opinions at trial shall be filed no sooner than **October 15, 2014** and no later than **October 27, 2014**. In the case of a motion relating to any new fact witness the motion shall be accompanied by a proffer. In the case of a motion relating to any new expert witness or a new opinion from an existing expert, the motion shall be accompanied by an expert report and any disclosures required by Fed. R. Civ. P. 26. If the Court grants any such motion of a party, the other parties may designate and produce any rebuttal evidence, or identify any rebuttal fact or expert witnesses, within 30 days of the date of the Court's Order, accompanied by proffers for any rebuttal fact witness and expert reports and expert disclosures for any rebuttal expert witness so identified.

4.      Any motion by a party on the issue of whether or to what extent the prior trial testimony of a witness that will testify in person at the trial of this case will form part of the record on which the Court bases its decision on remand or may be relied on by a party shall be filed no sooner than **October 15, 2014** and no later than **October 27, 2014.**

5.      A status conference will be held on **November 17, 2014 at 1:00 p.m.** Any attorney may choose to participate by telephone.

6.      Depositions of any new fact or expert witness that the Court has ruled may testify at trial, and any rebuttal fact or expert witness identified in response thereto, shall be completed on or before **January 9, 2015.**

7.      Any substantive motions, including motions *in limine,* shall be filed on or before **January 15, 2015.**

8.      The parties shall file final lists of witnesses who will testify at trial on or before **January 15, 2015.**

9.      The parties will file Trial Briefs on or before **February 13, 2015.**

10.    A final pre-trial conference will be held on **February 13, 2015 at 1:00 p.m.**

-2-

PBH430334.1

11.     This case will be listed for trial on **March 2, 2015.** All counsel are attached for

trial.

BY THE COURT:

JOEL H. SLOMSKY, J.

**ENTERED**

JUL 07 2014

**CLERK OF COURT**

PBH430334.1