IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Petition of FRESCATI SHIPPING COMPANY, LTD., as the Owner of the M/T ATHOS I, and TSAKOS SHIPPING & TRADING, S.A., as Manager of the M/T ATHOS I, for Exoneration from or Limitation of Liability | CIVIL ACTION<br>NO. 05-cv-305 (JHS) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITGO ASPHALT REFINING COMPANY, et al.,<br><br>Defendants. | CONSOLIDATED<br><br><br>CIVIL ACTION<br>NO. 08-cv-2898 (JHS) |

## ORDER

**AND NOW**, this 25th day of July 2016, upon consideration of Defendants' Motion to Draw Adverse Inferences Because of Plaintiffs' Spoliation of Vessel Records (Doc. No. 754), Frescati Plaintiffs' Brief in Opposition to Defendants' Motion to Draw Adverse Inferences Because of Plaintiffs' Alleged Spoliation of Vessel Records (Doc. No. 765), Defendant's Reply to Response to Motion (Doc. No. 777), Defendants' Motion to Enforce the Best Evidence Rule and to Exclude and Disregard Secondary Evidence and Testimony Offered Instead of Original Evidence Lost or Destroyed in Bad Faith (Doc. No. 755), Frescati Plaintiffs' Brief in Opposition to Defendants' Motion to Enforce the Best Evidence Rule and to Exclude and Disregard Secondary Evidence and Testimony Offered Instead of Original Evidence Lost or Destroyed in

1

2

Bad Faith (Doc. No. 766), Defendants' Reply to Response to Motion (Doc. No. 776), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. Defendants' Motion to Draw Adverse Inferences Because of Plaintiffs' Spoliation of Vessel Records (Doc. No. 754) is **DENIED.**

2. Defendants' Motion to Enforce the Best Evidence Rule and to Exclude and Disregard Secondary Evidence and Testimony Offered Instead of Original Evidence Lost or Destroyed in Bad Faith (Doc. No. 755) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.