**MONTGOMERY McCRACKEN**
ATTORNEYS AT LAW

Timothy J. Bergère
Admitted in Pennsylvania

123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109
Tel:  215-772-1500

Direct Dial: 215-772-7431
Fax: 215-772-7620
Email: tbergere@mmwr.com

August 17, 2016

**VIA ELECTRONIC MAIL**

The Honorable Joel H. Slomsky
United States District Judge
United States District Court for the
   Eastern District of Pennsylvania
601 Market Street, Room 5614
Philadelphia, Pennsylvania 19106

Re: Petition of Frescati Shipping Co. Ltd.
    Civil Action No. 05-CV-305(JHS)
    U.S. v. Citgo Asphalt Refining Co., *et al*.
    Civil Action No. 08-CV-2898(JHS)

Dear Judge Slomsky:

I apologize for any confusion my letter filed a moment ago may have caused.  My letter, filed as ECF Doc. 886, inadvertently referred to the letter sent by CARCO as Mr. Bissell's letter.  In fact, it was Mr. Walker's letter, so my appreciation extends to him as well.

Sincerely

*Timothy J. Bergère*  s/s

Timothy J. Bergère (ID No. 39110)
Counsel to Frescati Shipping Co., Ltd
and Tsakos Shipping & Trading S.A.

cc:   John J. Levy, Esq. [*Via electronic mail*]
      Alfred J. Kuffler, Esq. [*Via electronic mail*]
      Eugene O'Connor, Esq. [*Via electronic mail*]

MONTGOMERY McCRACKEN WALKER & RHOADS LLP

PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
JOHN J. LEVY, NEW JERSEY RESPONSIBLE PARTNER

Montgomery McCracken Walker & Rhoads LLP

The Honorable Joel H. Slomsky
August 17, 2016
Page 2

    Tricia Sadd, Esq. [*Via electronic mail*]
    Derek A. Walker, Esq. [*Via electronic mail*]]
    Richard Q. Whelan, Esq. [*Via electronic mail*]
    Frank P. DeGiulio, Esq. [*Via electronic mail*]
    John G. Bissell, Esq. [*Via electronic mail*]
    Stephen Flynn, Esq. [*Via electronic mai*l]