IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Petition of FRESCATI SHIPPING COMPANY, LTD., as the Owner of the M/T ATHOS I, and TSAKOS SHIPPING & TRADING, S.A., as Manager of the M/T ATHOS I, for Exoneration from or Limitation of Liability | CIVIL ACTION<br>NO. 05-cv-305 (JHS) |
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>CITGO ASPHALT REFINING COMPANY, et al.,<br><br>             Defendants. | CONSOLIDATED<br><br>CIVIL ACTION<br>NO. 08-cv-2898 (JHS) |

## **FINAL ORDER**

**AND NOW**, this 17th day of August 2016, in accordance with the Opinion of the Court issued on July 25, 2016 (Doc. No. 872), the Court's Preliminary Order dated July 25, 2016 (Doc. No. 874), and the letter of counsel dated August 17, 2016 regarding the agreed upon amount of prejudgment interest (Doc. No. 885), it is **ORDERED** as follows:

1. Judgment is entered in favor of Frescati Shipping Company, Ltd. and Tsakos Shipping & Trading, S.A. (collectively, "Frescati") and against CITGO Asphalt Refining Company, CITGO Petroleum Corporation, and CITGO East Coast Oil Corporation, jointly and severally, on the claims of breach of the contractual safe berth warranty and negligence in the total amount of $55,497,375.95, plus

1

prejudgment interest in the amount of $16,010,773.75, for a total judgment of **$71,508,149.70**.

2. On the Government's subrogation claim for breach of the contractual safe berth warranty in which the Government seeks reimbursement by CITGO Asphalt Refining Company, CITGO Petroleum Corporation, and CITGO East Coast Oil Corporation for the funds paid from the Oil Spill Liability Trust Fund to Frescati, Judgment is entered in favor of the Government and against CITGO Asphalt Refining Company, CITGO Petroleum Corporation, and CITGO East Coast Oil Corporation, jointly and severally, in the amount of $43,994,578.66, plus prejudgment interest in the amount of $4,620,159.98, for a total judgment of **$48,614,738.64**.

                                              BY THE COURT:

                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.