# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Petition of FRESCATI SHIPPING COMPANY, LTD., as Owner of the M/T ATHOS I, and TSAKOS SHIPPING & TRADING, S.A., as Manager of the M/T ATHOS I, for Exoneration from or Limitation of Liability | CIVIL ACTION No. 05-cv-305 (JHS)<br><br>CONSOLIDATED |
| UNITED STATES OF AMERICA,<br>                          Plaintiff,<br>    v.<br>CITGO ASPHALT REFINING COMPANY, et al.<br>                         Defendants. | CIVIL ACTION No. 08-cv-2898 (JHS) |

## CONSENT ORDER

Having considered the Uncontested Motion to Approve Supersedeas Bonds and to Stay Execution of Judgment Pending Appeal filed by Defendants—CITGO Asphalt Refining Company, CITGO Petroleum Corporation, and CITGO East Coast Oil Corporation,

**IT IS HEREBY ORDERED** that the Uncontested Motion is **GRANTED**. The Court hereby approves the two supersedeas bonds submitted by Defendants in the respective amounts of $78,000,000.00 to secure a stay of the judgment entered in the Final Order in favor of Frescati Shipping Company, Ltd. and Tsakos Shipping & Trading, S.A. and $52,000,000.00 to secure a stay of the judgment entered in the Final Order in favor of the United States of America, as adequate security under Fed. R. Civ. P. 62(d), pending full appellate review of the Final Order (Doc. No. 888 in Civil Action No. 05-cv-305) and all orders and rulings adverse to Defendants in these consolidated actions.

**IT FURTHER HEREBY ORDERED** with the full consent of all the parties that the original signed and approved supersedeas bonds be filed in the record and that execution on and enforcement of the Final Order (Doc. No. 888 in Civil Action No. 05-cv-305) entered on August 17, 2016, is hereby **STAYED pending the duration of Defendants' appeal of the** aforesaid Final Order to the United States Court of Appeals for the Third Circuit and any further appellate review, including the filing and disposition of a petition for certiorari and any merits proceedings in the United States Supreme Court.

Signed this 25th day of August, 2016, at Philadelphia, Pennsylvania.

/s/ Joel Slomsky
JOEL H. SLOMSKY, J.

CHAFFE McCALL, L.L.P.

By: /s/ Derek A. Walker
   Derek A. Walker
   Douglas L. Grundmeyer
   Chaffe McCall, L.L.P.
   1100 Poydras Street
   2300 Energy Centre
   New Orleans, LA 70163
   (504) 585-7000

STRONG PIPKIN BISSELL & LEDYARD, L.L.P.

By: /s/ John G. Bissell
   John G. Bissell
   Strong Pipkin Bissell & Ledyard, L.L.P.
   4900 Woodway Drive, Suite 1200
   Houston, TX 77056
   (713) 210-4366

PALMER BIEZUP & HENDERSON LLP

By: /s/ Richard Q. Whelan
   Richard Q. Whelan (ID No. 35688)
   Frank P. DeGiulio (ID No. 41577)
   Palmer Biezup & Henderson, LLP
   190 N. Independence Mall West
   Suite 401
   Philadelphia, PA 19106-3409
   (215) 625-9900

SIDLLEY AUSTIN LLP (OF COUNSEL)

   Carter G. Phillips
   Jacqueline G. Cooper
   1501 K Street, N.W.
   Washington, D.C. 20006
   (202) 736-8000

*Attorneys for Defendants,*
*CITGO Asphalt Refining Company,*
*CITGO Petroleum Corporation, and*
*CITGO East Coast Oil Corporation*

MONTGOMERY, MCCRACKEN, WALKER
 & RHOADS, LLP

By: */s/ John L. Levy*
John J. Levy, Esq.
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002
*Attorneys for Plaintiffs, Frescati Shipping Company, Ltd.
and Tsakos Shipping & Trading, S.A.*

UNITED STATES OF AMERICA

By: */s/ Stephen G. Flynn*
Stephen G. Flynn (SGF-8075)
Department of Justice
Assistant Director Admiralty
Sharon K. Shutler
Trial Attorney
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
*Attorneys for Plaintiff,
United States of America*