# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PETITION OF FRESCATI SHIPPING COMPANY, LTD., as owner of the M/T ATHOS I, and TSAKOS SHIPPING AND TRADING, S.A., as Manager of the ATHOS I, for Exoneration from or Limitation of Liability | (THE HONORABLE JOEL H. SLOMSKY)<br><br>Civil Action<br>No. 05-cv-305 |
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CITGO ASPHALT REFINING COMPANY, et al.,<br>　　　　　　　　Defendants. | Civil Action<br>No. 08-cv-2898<br><br>CONSOLIDATED<br><br>This document has been electronically filed. |

## NOTICE OF APPEAL

Notice is hereby given that Frescati Shipping Company, Ltd. and Tsakos Shipping and Trading, S.A., Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the District Court's Final Order of Judgment (ECF No. 888 dated August 17, 2016) and accompanying Opinion (ECF No. 872 dated July 25, 2016).

Respectfully submitted,

Date: October 14, 2016

/s/ *John J. Levy*
John J. Levy (ID No. 42377)
Timothy J. Bergère (ID No. 39110)
MONTOMGERY, MCCRACKEN, WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109-1029
(215) 772-1500
jlevy@mmwr.com
tbergere@mmwr.com
Attorneys for Plaintiffs
Frescati Shipping Company, Ltd. and
Tsakos Shipping & Trading, S.A.

4185762v1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Plaintiffs' Notice of Appeal* was filed electronically. I certify my understanding that the following counsel have consented to service of this filing through the receipt of electronic notification from the Court:

| | |
|---|---|
| **Carter G. Phillips, Esq.**<br>**Benjamin Beaton, Esq.**<br>**Richard Young, Esq.**<br>**Jacqueline G. Cooper (application for admission pending)**<br>Sidley Austin LLP<br>1501 K Street, NW<br>Washington, DC 20005<br>(202) 736-8000<br>fcphillips@sidley.com<br>bbeaton@sidley.com<br>ryoung@sidley.com<br>jcooper@sidley.com<br>*Attorneys for CITGO* | **Anne Murphy, Esq.**<br>United States Department of Justice<br>Civil Division, Appellate Staff<br>950 Pennsylvania Avenue, N.W.<br>Room 7523<br>Washington, D.C. 20530<br>(202) 514-3688<br>Anne.Murphy@usdoj.gov<br>*Attorneys for the United States of America* |

**Matthew M. Collette, Esq.**
United States Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7527
Washington, D.C. 20530
(202) 514-4214
Matthew.Collette@usdoj.gov
*Attorneys for the United States of America*

This Certificate of Service and the said filing are intended to be available for viewing and downloading from the ECF system of the United States District Court for the Eastern District of Pennsylvania.

Dated: October 14, 2016         /s/ *John J. Levy*
                                John J. Levy (ID No. 42377