UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Petition of FRESCATI SHIPPING CO., LTD. as Owner of the M/T ATHOS I, for Exoneration from or Limitation of Liability, | Civil Action No. 05-cv-305 (JHS) |
| | CONSOLIDATED |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No. 08-cv-2898 (JHS) |
| v. | |
| CITGO ASPHALT REFINING COMPANY, CITGO PETROLEUM CORPORATION, and CITGO EAST COAST OIL CORPORATION, | |
| Defendants. | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the United States of America, plaintiff in the captioned consolidated action Civil No. 08-cv-2898 (JHS), hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Order of Judgment (No. 888 in Civil Action No. 05-cv-305) entered on August 17, 2016. This appeal includes that Final Order of Judgment, as well as all other rulings and orders adverse to the United States in these consolidated actions that are reviewable in this appeal.

Dated: October 14, 2016

>Respectfully submitted,
>
>BENJAMIN C. MIZER
>Principal Deputy Assistant Attorney General
>
>ZANE DAVID MEMEGER
>United States Attorney
>MARGARET L. HUTCHINSON
>Chief, Civil Division
>
>/s/ Stephen G. Flynn
>STEPHEN G. FLYNN
>Assistant Director Admiralty
>SARAH S. KEAST
>Trial Attorney
>Torts Branch, Civil Division
>Department of Justice
>Post Office Box 14271
>Washington, D.C. 20044-4271
>Telephone: (202) 616-4070
>Facsimile: (202) 616-4002
>Stephen.Flynn@usdoj.gov
>Sarah.Keast@usdoj.gov
>Attorneys for Plaintiff United States

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2016, I served the foregoing Notice of Appeal on the following counsel of record by way of the CM/ECF system which will provide each counsel a copy by electronic mail.

Derek Walker, Esq.
J. Dwight LeBlanc, Jr. Esq
Chaffe McCall, LLP
1100 Poydras St.
New Orleans, LA 71063-2300

Richard Q. Whelan, Esq.                         .
Frank P. DeGiulio, Esq.
Palmer Biezup & Henderson LLP
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA 19106-3409

Alfred J. Kuffler, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad St.
Philadelphia, PA 19109

John J. Levy, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP
457 Haddonfield Rd., Suite 600
Cherry Hill, NJ 08200

/s/ Stephen G. Flynn
STEPHEN G. FLYNN
Assistant Director Admiralty
SARAH S. KEAST
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
Telephone:     (202) 616-4070
Stephen.Flynn@usdoj.gov
Sarah.Keast@usdoj.gov