IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  PETITION OF FRESCATI SHIPPING COMPANY, LTD., as owner of the M/T ATHOS I and TSAKOS SHIPPING & TRADING, S.A., as manager of the ATHOS I for Exoneration from or Limitation of Liability | CIVIL ACTION NO. 05-0305 |
| UNITED STATES OF AMERICA, Plaintiff, v. CITGO ASPHALT REFINING COMPANY, et al., Defendants. | CIVIL ACTION NO. 08-2898  CONSOLIDATED |

## ORDER

**AND NOW**, this 25th day of June 2018, it is **ORDERED** that a telephone conference with counsel for the parties will be held on **July 11, 2018 at 4:00 p.m.**  Counsel for the Frescati Plaintiffs shall initiate the call to Chambers at (267) 299-7340.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.