**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re Petition of FRESCATI SHIPPING COMPANY, LTD , as Owner of the M/T ATHOS I and TSAKOS SHIPPING & TRADING, S A , as Manager of the M/T ATHOS I, for Exoneration from or Limitation of Liability | CIVIL ACTION No 05-cv-305 (JPF) |
| UNITED STATES OF AMERICA, Plaintiff, v CITGO ASPHALT REFINING COMPANY, et al. Defendants | CIVIL ACTION No 08-CV-2898 (JPF) CONSOLIDATED |

**STIPULATION REGARDING RECALCULATION OF USA DAMAGES
AND PREJUDGMENT INTEREST AND AMENDMENTS TO FINAL ORDER**

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for the United States of America, plaintiff in Civil Action No 08-CV-2898, counsel for Frescati Shipping Company, Ltd and Tsakos Shipping and Trading S A ("Frescati"), plaintiffs in Civil Action No 05-CV-305, and counsel for CITGO Asphalt Refining Company, CITGO Petroleum Corp and CITGO East Coast Oil Corp (collectively, "CITGO"), defendants in both consolidated civil actions, following the March 29, 2018 Judgment of the United States Court of Appeals for the Third Circuit, that:

1. The recalculated judgment amount in favor of the United States of America and against CITGO is $87,989,157 32, plus recalculated prejudgment interest of $9,240,319 96, for a total judgment of $97,229,477 28

1

PBH536911 1

2. The post-judgment interest on the judgment in favor of the United States of America and against CITGO under 28 U.S.C. § 1961 accrues on the total judgment of $97,229,477.28 from August 17, 2016, at the rate of 0.56% applicable as of that date

3. The words "and negligence" should be removed from paragraph 2 of the Court's Final Order (Doc 888) entered on August 17, 2016 because the United States Court of Appeals for the Third Circuit vacated the Court's ruling in favor of Frescati on its negligence claim.

4. The stipulating parties propose that the District Court enter an Amended Final Order reflecting this stipulation, in the form attached as Exhibit A

5. The stipulating parties further reserve all their rights to pursue certiorari review in the Supreme Court of the United States of the March 29, 2018 Judgment of the U.S Court of Appeals and the Amended Final Order of the District Court The time period within which the parties may petition the United States Supreme Court for certiorari is not extended as a result of the entry of the Amended Final Order of the District Court

Respectfully submitted,

By   /s/Stephen G Flynn
    Stephen G Flynn (SGF – 8075)
    Assistant Director Admiralty
    Sarah S Keast
    Trial Attorney
    Torts Branch, Civil Division
    Department of Justice
    P O Box 14271
    Washington, D C 20044-4271
    ***Attorneys for United States of America***

By   /s/Richard Q. Whelan
    Richard Q Whelan
    Frank P DeGiulio
    PALMER BIEZUP & HENDERSON LLP
    620 Chestnut Street
    956 Public Ledger Building
    Philadelphia, PA 19106-3409
    Telephone: (215) 625-9900
    ***Attorneys for CITGO Defendants***

By   /s/ John J. Levy
    Alfred J. Kuffler
    John J Levy
    Timothy J Bergere
    MONTGOMERY, McCRACKEN,
    WALKER & RHOADES, LLP
    123 South Broad Street
    Philadelphia, PA 19109-1029
    (215) 772-1500

***Attorneys for Plaintiffs***
***Frescati Shipping Company***
***Tsakos Trading, S.A***

By   /s/Derek A Walker
    Derek A. Walker
    J Dwight LeBlanc, Jr
    CHAFFE McCALL, L L P.
    2300 Energy Centre
    1100 Poydras Street
    New Orleans, LA 70163-2300
    Telephone (504) 585-7000

***Attorneys for Defendants, CITGO***
***Asphalt Refining Company, CITGO***
***Petroleum Corporation and CITGO***
***East Coast Oil Corporation***

SO STIPULATED:

THIS 13th DAY OF JULY, 2018.

APPROVED July 17, 2018

*[signature]*
JOEL H. SLOMSKY, J

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Petition of FRESCATI SHIPPING COMPANY, LTD., as Owner of the M/T ATHOS I, and TSAKOS SHIPPING & TRADING, S.A., as Manager of the M/T ATHOS I, for Exoneration from or Limitation of Liability | CIVIL ACTION No. 05-cv-305 (JHS) <br><br> CONSOLIDATED |
| UNITED STATES OF AMERICA, <br>                               Plaintiff, <br> v. <br><br> CITGO ASPHALT REFINING COMPANY, et al. <br>                              Defendants. | CIVIL ACTION No. 08-cv-2898 (JHS) |

## **AMENDED FINAL ORDER**

**AND NOW**, this ____ day of _____, 2018, in accordance with the Opinion of the Court issued on July 25, 2016 (Doc No. 872), the Court's Preliminary Order dated July 25, 2016 (Doc No. 874), the letter of counsel dated August 17, 2016 regarding the agreed upon amount of prejudgment interest (Doc. No. 885), this Court's Final Order (Doc No. 888), the March 29, 2018 Judgment of the United States Court of Appeals for the Third Circuit, and the Stipulation regarding the Recalculation of the Damages and Prejudgment Interest (Doc No. ) between counsel for the United States of America, counsel for Frescati Shipping Company, Ltd. and Tsakos Shipping and Trading S.A. ("Frescati") and counsel for CITGO Asphalt Refining Company, CITGO Petroleum Corp. and CITGO East Coast Oil Corporation ("CITGO") in Civil Action No. 08-CV-2898;

**IT IS ORDERED** that.



1	Paragraph 1 of the Court's previous Final Order (Doc No 888), entered on August 17, 2016 is hereby amended to remove the words "and negligence" because the United States Court of Appeals for the Third Circuit vacated the Court's ruling in favor of Frescati on its negligence claim.

2	Paragraph 2 of the Court's previous Final Order (Doc No 888), entered on August 17, 2016 is hereby amended to recalculate the amount of the judgment and interest in favor of the United States of America as follows.

> "On the Government's subrogation claim for breach of the contractual safe berth warranty in which the Government seeks reimbursement by CITGO Asphalt Refining Company, CITGO Petroleum Corporation and CITGO East Coast Oil Corporation for the funds paid from the Oil Spill Liability Trust Fund to Frescati, Judgment is entered in favor of the Government and against CITGO Asphalt Refining Company, CITGO Petroleum Corporation and CITGO East Coast Oil Corporation, jointly and severally, in the amount of $87,989,157.32, plus prejudgment interest in the amount of $9,240,319 96, for a total judgment of **$97,229,477.28** Post-judgment interest under 28 U S C § 1961 accrues on the total judgment from August 17, 2016 at the post-judgment interest rate applicable as of that date, which is 0.56% "

3	In all other respects, the Final order (Doc 888) remains unchanged and the Supersedeas Bonds (Docs 892 and 893), Rider to Supersedeas Bond (Doc 901), and Consent Order (Doc 891) shall remain in full force and effect

**BY THE COURT:**

_____

**JOEL H. SLOMSKY**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Petition of FRESCATI SHIPPING COMPANY, LTD., as Owner of the M/T ATHOS I, and TSAKOS SHIPPING & TRADING, S.A., as Manager of the M/T ATHOS I, for Exoneration from or Limitation of Liability | CIVIL ACTION No. 05-cv-305 (JHS) <br><br> CONSOLIDATED |
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CITGO ASPHALT REFINING COMPANY, et al. <br> Defendants | CIVIL ACTION No. 08-cv-2898 (JHS) |

## AMENDED FINAL ORDER

**AND NOW**, this _17th_ day of _July_, 2018, in accordance with the Opinion of the Court issued on July 25, 2016 (Doc No. 872), the Court's Preliminary Order dated July 25, 2016 (Doc No. 874), the letter of counsel dated August 17, 2016 regarding the agreed upon amount of prejudgment interest (Doc No. 885), this Court's Final Order (Doc. No. 888), the March 29, 2018 Judgment of the United States Court of Appeals for the Third Circuit, and the Stipulation regarding the Recalculation of the Damages and Prejudgment Interest (Doc No. ) between counsel for the United States of America, counsel for Frescati Shipping Company, Ltd. and Tsakos Shipping and Trading S A ("Frescati") and counsel for CITGO Asphalt Refining Company, CITGO Petroleum Corp and CITGO East Coast Oil Corporation ("CITGO") in Civil Action No. 08-CV-2898;

**IT IS ORDERED** that

1. Paragraph 1 of the Court's previous Final Order (Doc No 888), entered on August 17, 2016 is hereby amended to remove the words "and negligence" because the United States Court of Appeals for the Third Circuit vacated the Court's ruling in favor of Frescati on its negligence claim

2. Paragraph 2 of the Court's previous Final Order (Doc No 888), entered on August 17, 2016 is hereby amended to recalculate the amount of the judgment and interest in favor of the United States of America as follows·

> "On the Government's subrogation claim for breach of the contractual safe berth warranty in which the Government seeks reimbursement by CITGO Asphalt Refining Company, CITGO Petroleum Corporation and CITGO East Coast Oil Corporation for the funds paid from the Oil Spill Liability Trust Fund to Frescati, Judgment is entered in favor of the Government and against CITGO Asphalt Refining Company, CITGO Petroleum Corporation and CITGO East Coast Oil Corporation, jointly and severally, in the amount of $87,989,157 32, plus prejudgment interest in the amount of $9,240,319.96, for a total judgment of **$97,229,477.28**. Post-judgment interest under 28 U S.C § 1961 accrues on the total judgment from August 17, 2016 at the post-judgment interest rate applicable as of that date, which is 0.56% "

3. In all other respects, the Final order (Doc 888) remains unchanged and the Supersedeas Bonds (Docs 892 and 893), Rider to Supersedeas Bond (Doc 901), and Consent Order (Doc 891) shall remain in full force and effect

BY THE COURT:

*Joel Slomsky*
**JOEL H. SLOMSKY**